Initial conference is adjourned from October 21, 2025 to February 6, 2026 at 11:00 a.m. Call-In: 855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated: 10/17/2025

*P. Kevin Castel*
United States District Judge

**THE CITY OF NEW YORK**

**LAW DEPARTMENT**

100 Church Street
NEW YORK, NY 10007

**MURIEL GOODE-TRUFANT**
*Corporation Counsel*

**MARY JANE ANDERSON**
*Assistant Corporation Counsel*
(212) 356-2415
maanders@law.nyc.gov

October 17, 2025

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re: Figueroa v. City of New York, et al.,
     24 Civ. 08375 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Muriel Goode-Trufant, representing defendants City of New York and Officer Edward McClain in the above-referenced matter. Defendants write to respectfully request an adjournment, *sine die*, of the initial conference presently scheduled October 21, 2025, pending a decision on defendants' motion to dismiss this case pursuant to Federal Rules of Civil Procedure ("FRCP") 41(b) and 37. Plaintiff consents to the request for an adjournment.

An adjournment of the conference is requested for several reasons. First, on July 15, 2025, defendants filed a motion to dismiss this action in its entirety under Rules 41(b) and 37. (ECF No. 21). Plaintiff responded to the defendants' motion on August 1, 2025, ECF No. 22, and this motion is currently pending. On October 10, 2025, the Court rescheduled the initial conference in this matter to October 21, 2025. (See October 10, 2025 ECF Entry).

Additionally, the undersigned has a previously scheduled mediation in another matter on October 21, 2025, and therefore is unable to attend the initial conference. Finally, in the event the Court denies the defendants' pending motion, this case has been designated for participation in Local Civil Rule 83.10, formerly known as the "Section 1983 Plan," see ECF No. 12, which prescribes a fourteen week period of limited discovery and mediation following the filing of the defendants answer. Thus, even in the event the defendants' motion is denied, given that this case

1

has been designed for participation in the Plan, defendants respectfully request that any initial conference would post-date the fourteen week period prescribed by the Plan.

Accordingly, defendants respectfully request an adjournment, *sine die*, of the initial conference scheduled for October 21, 2025.

Defendants thank the Court for its consideration.

Respectfully Submitted,

*Mary Jane Anderson*    /s/

Mary Jane Anderson
Attorney for Defendants
*Assistant Corporation Counsel*

cc:   **VIA ECF**
      *Alex Padilla, Esq.*