

**STEVEN BANKS**
*Corporation Counsel*

**THE CITY OF NEW YORK**
**LAW DEPARTMENT**
100 CHURCH STREET
NEW YORK, NY 10007

**JOSEPH ZANGRILLI**
*Senior Counsel*
Phone: (212) 356-2657
Fax: (212) 356-3059
jzangril@law.nyc.gov

June 4, 2026

**VIA ECF**
Honorable P. Kevin Castel
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

Re:    Jennifer Figueroa o/b/o minor S.G. v. City of New York, et al.,
24 Civ. 08375 (PKC)

Your Honor:

I am an Assistant Corporation Counsel in the Office of the Corporation Counsel Steven Banks, representing defendants City of New York and Officer Edward McClain in the above-referenced matter. Defendants write on behalf of the parties to respectfully request an adjournment, of the initial conference presently scheduled for June 8, 2026.

An adjournment of the conference is requested for several reasons. Plaintiff's counsel, is currently on trial relating to a felony criminal matter in Queens and as a result, is unavailable. Second, the parties have begun exploring settlement and believe that an adjournment of the initial conference will permit provide the appropriate amount of time to allow to fully explore the possibility of early resolution. If the parties are able to resolve the matter, it would preserve the Court's and parties' time and resources.

For the Court's convenience, the parties have conferred and determined that both sides are available for a rescheduled conference at any time on August 3rd, August 4th from noon until 5:00 p.m., and at any time on August 6th, August 10th, August 11th and August 13th, or to another date that is more suitable to the Court.

Accordingly, the parties respectfully request an adjournment of the initial conference currently scheduled for June 8, 2026 at 10:30 a.m.

1

2

The parties thank the Court for its time and consideration herein.

Respectfully submitted,

*/s/ Joseph Zangrilli*
Joseph Zangrilli
*Special Federal Litigation Division*

Cc:    *All Counsel of Record*

The June 8 conference is adjourned to September 11, 2026 at 10:00 a.m.
Call-In: 855-244-8681; Access Code: 2305 810 3970#.
SO ORDERED.
Dated:  6/5/2026

P. Kevin Castel
United States District Judge